No. 321. KORNFEIND, DOING BUSINESS AS CHICAGO-NEBRASKA MOTOR EXPRESS, *v.* UNITED STATES ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Joseph E. Keller* for appellant. *Solicitor General Perlman* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission, appellees.

Nos. 132, 166 and 167, Misc. IN RE FLETCHER. The papers herein are stricken. THE CHIEF JUSTICE took no part in the consideration or decision of this question.

No. 146, Misc. DREXEL *v.* OHIO ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 156, Misc. WILLIAMS *v.* HUMPHREY, WARDEN, ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 160, Misc. STARNES *v.* SWYGERT, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.